```
┌─────────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA             │
│          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0141--CR (JWS)       │
│                        "USA V JASON A. HIBBITT"                              │
│                       DEF 1.1 HIBBITT, JASON A.                              │
├─────────────────────────────────────────────────────────────────────────────┤
│            Including terminated defendants, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/20/00
             Closed: 06/15/01
 No. of Defendants: 1
   MJ Case Number: A00-0099--MJ
                AKA:
  Location status: Released on Bond
        Trial date: 06/18/01
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: William P. Bryson
                    1015 W. 7th Avenue
                    Anchorage, AK 99501
                    907-276-8611
                    FAX 907-258-1516
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial

                    Frederick Leatherman Jr
                    1325 4th Avenue, Suite 1200
                    Seattle, WA 38211-00
                    425-349-9808
                    Serve: NO
                     Type: Retained
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Joseph W. Bottini
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 HIBBITT, JASON A.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1 | 21:841(a)(1) AND (b)(1)(b) POSESSION WITH INTENT TO DISTRIBUTE COCAINE (F) | Dismissed (48-1) |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA            │
│              CRIMINAL DOCKET ENTRIES FOR CASE A00-0141--CR (JWS)              │
│                      "USA V JASON A. HIBBITT"                                 │
├─────────────────────────────────────────────────────────────────────────────┤
│                          For all filing dates                                │
└─────────────────────────────────────────────────────────────────────────────┘
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/20/00
            Closed: 06/15/01
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 09/20/00 | [Re: DEF 1] Issued WOA in A00-0099 MJ (JDR). |
| NOTE - 2 | 09/20/00 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 8/20/00 in Seattle, WA. in A00-0099 MJ (JDR). |
| 1 - 1 | 09/20/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 3 | 09/21/00 | Issued: Summons |
| NOTE - 4 | 09/21/00 | Issued: Proposed Trial Date Setting for Arr to cmc for HRH. |
| 2 - 1 | 09/21/00 | [Re: DEF 1] AHB Grand Jury Minutes re bail cont as prev set; summons to be issued; set for arr & notify USM. |
| 3 - 1 | 09/21/00 | [Re: DEF 1] Documents #2 through #4 transferred from: A00-0099 MJ (JDR). |
| 4 - 1 | 09/21/00 | [Re: DEF 1] JDR Minute Order re Arr set for 10/24/00 at 9:30 a.m. cc: USA, USM, USPO, J. Hibbitt w/USM cy |
| 5 - 1 | 10/11/00 | Return of summons executed 10/6/00. |
| 6 - 1 | 10/19/00 | [Re: DEF 1] JDR Minute Order that arr in reset from 9:30 a.m. to 11:30 a.m., 10/24/00.  cc: USA, USM, PO, DEF (by USM) |
| 7 - 1 | 10/24/00 | [Re: DEF 1] JDR Order regarding preparation for trial; parties to meet 10/27/00; ptm's due 11/13/00. cc: USA,W. Bryson |
| 8 - 1 | 10/24/00 | [Re: DEF 1] Order setting conditions of release $50,000 surety bond (previously posted). cc: USA, USM, PO, W. Bryson |
| 9 - 1 | 10/26/00 | USM Return of summons; returned unexecuted 10/23/00. |
| NOTE - 5 | 10/30/00 | Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 10 - 1 | 10/30/00 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Indt (held 10/24/00); Bill Bryson appeared as local cnsl present on behalf of def's ratined cnsl Fred Leatherman; def pled not guilty; Bond continued as prev set; PTM's due 11/13/00. cc: USA, B. Bryson, USM, USPO, Judge Sedwick |
| 11 - 1 | 11/03/00 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 12 - 1 | 11/06/00 | [Re: DEF 1] JWS Minute Order re TBJ set for 1/2/01 at 9:00 a.m.; FPTC set for 1/2/01 at 8:30 a.m. cc: USA, W. Bryson, USM, USPO, JC, MJ Roberts |
| 13 - 1 | 11/06/00 | {SEALED} |
| 13 - 2 | 11/06/00 | {SEALED} |

Case 3:00-cr-00141-JWS     Document 48     Filed 01/03/06     Page 2 of 5

```
┌──────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│            CRIMINAL DOCKET ENTRIES FOR CASE A00-0141--CR (JWS)              │
│                      "USA V JASON A. HIBBITT"                               │
│────────────────────────────────────────────────────────────────────────────│
│                        For all filing dates                                │
└──────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 6 | 11/07/00 | {SEALED} |
| 13 - 3 | 11/07/00 | {SEALED} |
| 14 - 1 | 11/13/00 | DEF 1 Application re: non-resident attorney F. Leatherman, Jr w/lcl cnsl W. Bryson w/att exh. |
| 14 - 2 | 11/13/00 | [Re: DEF 1] JDR Order grant motion og Frederick Leartherman, Jr. to appear & participate as non-res cnsl w/lcl cnsl. cc: USA, W. Bryson, F. Leatherman, Jr. |
| 15 - 1 | 11/13/00 | DEF 1 motion to extend the pretrial motions deadlines until 11/27/00 w/att declaration of cnsl. |
| 16 - 1 | 11/13/00 | DEF 1 Certification of svc re: DEF 1 motion to extend the pretrial motions deadlines until 11/27/00 (15-1) & non-res atty application. |
| 17 - 1 | 11/13/00 | [Re: DEF 1] JDR Order granting motion to extend the pretrial motions deadlines until 11/27/00  (15-1). cc: USA, W. Bryson |
| 18 - 1 | 11/27/00 | DEF 1 motion to suppress evidence w/att aff & memo. |
| 19 - 1 | 11/27/00 | DEF 1 motion for evidentiary hearing on motion to suppress. |
| 20 - 1 | 11/29/00 | [Re: DEF 1] JDR Minute Order granting motion for evidentiary hearing on motion to suppress (19-1); Evident hrg on def's motion to suppress (18-1) set for 12/8/00 at 9:30 a.m. cc: USA, W. Bryson, USM, USPO |
| 21 - 1 | 12/04/00 | DEF 1 Cert of service re: DEF 1 motion to suppress evidence (18-1). |
| 22 - 1 | 12/07/00 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence (18-1) w/att memo. |
| 23 - 1 | 12/08/00 | [Re: DEF 1] JDR Minute Order re govt to provide crt w/cy of transibed tape as directed. cc: USA, W. Bryson |
| 24 - 1 | 12/12/00 | [Re: DEF 1] PLF 1 Notice of filing transcript in compliance w/Crt ord w/att exh. |
| 25 - 1 | 12/13/00 | [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus/Linda Christensen] re evident hrg on def's motion to suppress evidence (doc #18)(held 12/8/00); taking under advisement motion to suppress evidence (18-1). cc: cnsl |
| 26 - 1 | 12/14/00 | [Re: DEF 1] Transcript of evidentiary hrg re: mot to suppress held 12/08/00. |
| 27 - 1 | 12/20/00 | Initial R&R re: DEF 1 motion to suppress evidence (18-1). Recommended be granted; Objections due 4:00 p.m. 12/22/00. Reply due NOON 12/26/00. cc: USA, W. Bryson, Judge Sedwick |
| 28 - 1 | 12/22/00 | [Re: DEF 1] PLF 1 objection proposed fingings to R&R re: DEF 1 motion to suppress evidence (18-1). |
| 29 - 1 | 12/26/00 | PLF 1; DEF 1 Stipulation modifying conditins of release to drop requirement for home confinement & electronic monitoring w/all other conditions of release remain if full force & effect. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0141--CR (JWS)
"USA V JASON A. HIBBITT"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 2 | 12/27/00 | [Re: DEF 1] JDR Order granting stip re: modifying conditions of release. cc:USA, W. Bryson, USM, PO |
| 30 - 1 | 12/27/00 | DEF 1 (faxed cy) reply to objection to R&R re: DEF 1 motion to suppress evidence (18-1). |
| 31 - 1 | 12/27/00 | Final R&R MJ does not modifiy the recommendation re: DEF 1 motion to suppress evidence (18-1), matter will now be forwarded to assigned UDSJ. cc: USA, W. Bryson, Judge Sedwick |
| 32 - 1 | 12/27/00 | [Re: DEF 1] PLF 1 Case status rpt in lieu of pretrial briefs. |
| 33 - 1 | 12/28/00 | [Re: DEF 1] JWS Order granting motion to suppress evidence (18-1). cc: J. Bottini, W. Bryson, MJ Roberts |
| 34 - 1 | 12/28/00 | [Re: DEF 1] JWS Minute Order re FPTC & TBJ set for 1/2/01 are VACATED. cc: USA, B. Bryson, USM, USPO, JC, MJ Roberts |
| 35 - 1 | 12/29/00 | {SEALED} |
| 36 - 1 | 01/03/01 | {SEALED} |
| 37 - 1 | 01/29/01 | [Re: DEF 1] PLF 1 appeal to 9CCA of (33-1) filed 12/28/00. cc: cnsl, Judge, 9CCA |
| NOTE - 7 | 02/01/01 | Transmittal: Forwarded notice of appeal (37-1) to 9CCA. |
| 38 - 1 | 02/01/01 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (37-1) cc: cnsl, ECR, 9CCA (orig) |
| 39 - 1 | 02/20/01 | PLF 1 Transcript Designation re: notice of appeal (37-1). cc: ECR |
| 40 - 1 | 03/23/01 | [Re: DEF 1] cy 9CCA Certificate of Record. (37-1) cc: cnsl, 9CCA (orig) |
| 41 - 1 | 05/15/01 | [Re: DEF 1] Final Order re: notice of appeal (37-1) that appellant's motion for voluntary dismissal of its appeal is granted. This appeal is dismissed. This cert. order shall constitue the mandate. cc:cnsl, Judge Sedwick, 9CCA, probation, usm |
| 42 - 1 | 05/17/01 | JWS Order of excludable delay re: mot at dkt 13-1 from 11/6/00 to 11/7/00 (under code E). |
| 43 - 1 | 05/17/01 | JWS Order of excludable delay re: mot at dkt 15 from 11/13/00 to 11/13/00 (under code E). |
| 44 - 1 | 05/17/01 | JWS Order of excludable delay re: mot at dkt 18 from 11/27/00 to 12/28/00 (under code E). |
| 45 - 1 | 05/17/01 | JWS Order of excludable delay re: interlocutory appeal at dkt 37 from 12/28/00 to 5/8/01 (under code D). |
| 46 - 1 | 05/17/01 | [Re: DEF 1] JWS Minute Order setting TBJ for 6/18/01 at 9:00 a.m.; FPTC set 6/18/01 at 8:30 a.m.. cc: USA, W. Bryson, USM, USPO, MJ Roberts, JC |
| 47 - 1 | 06/14/01 | [Re: DEF 1] PLF 1 motion to dismiss indictment. |
| 47 - 2 | 06/15/01 | [Re: DEF 1] JKS Order granting motion to dismiss indictment (47-1). Trial by jury set 6/18/01 is vacated. cc: J. Bottini, W. Bryson, USM, |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0141--CR (JWS)
"USA V JASON A. HIBBITT"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | USPO, Jury Clerk, MJ Roberts |
| 48 - 1 | 06/15/01 | [Re: DEF 1] JKS Judgment of Discharge dismissed or Other count(s) 1 of the Indictment (1-1).  cc: J. Bottini, W. Bryson, USM, USPO, Def w/cnsl cy, Mj Roberts |