RECEIVED

MAY -1 2009

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
                             Case No.  3:00-CR-000141(JWS)
v. )
)
JASON ALLEN HIBBITT, )
)
       Defendant. )
)

## ORDER EXONERATING BOND

      IT IS ORDERED that appearance bond filed August 29, 2000 in the above-referenced case regarding Jason Allen Hibbit, is exonerated and that:

      (X) corporate surety bond in the amount of $50,000.00 posted by All City Bail Bond Co. securing said bond has served its stated purpose, has no further force or effect and is hereby exonerated.

      DATED at Anchorage, Alaska, this 1ˢᵗ day of May, 2009

REDACTED SIGNATURE

_____
United States Judge John W. Sedwick

[]*Rev.2/98